**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6669**

ANTHONY BUSSIE,

Petitioner - Appellant,

v.

STEVEN MNUCHIN,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:19-hc-02066-BO)

Submitted: November 19, 2019                    Decided: November 21, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Bussie, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Bussie, a federal civil committee, appeals the district court's orders dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition and denying his motion for reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bussie v. Mnuchin*, No. 5:19-hc-02066-BO (E.D.N.C. Mar. 5, 2019 & Apr. 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*